UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHNER GONZALES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-01833-DJC-CSK<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR JEFFERSON CAPITAL SYSTEMS, LLC TO RESPOND TO COMPLAINT |

　　　Based on the Joint Motion of the parties, Plaintiff Rahner Gonzales and Defendant Jefferson Capital Systems, LLC ("JCap"), for an extension of time for JCap to respond to the Complaint, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED:

　　　JCap shall have an extension of time to, and including **August 6, 2024**, to respond to the Complaint.

Dated: July 31, 2024　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME