# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAHNER GONZALES,** | **Case No.:** 2:24-cv-01833-DJC-CSK |
| Plaintiff, | |
| v. | ORDER |
| **JEFFERSON CAPITAL SYSTEMS, LLC** | HON. DANIEL J. CALABRETTA |
| Defendant. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant JEFFERSON CAPITAL SYSTEMS, LLC to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 22, 2024      /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE